UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              Plaintiff, )<br>                        )<br>        v. )<br>                        )<br>Defendant No. 1: )<br>$43,148.00 IN UNITED STATES )<br>CURRENCY, More or less, )<br>                        )<br>Defendant No. 2: )<br>2001 FORD F-250 PICKUP TRUCK, VIN: )<br>#1FTNW20S11EB80319, WITH ALL )<br>ATTACHMENTS THEREON, )<br>              Defendants. )<br>                        )<br>and )<br>                        )<br>KEVIN HINSON, )<br>              Claimant. )<br>_____) | Civil Case No.  06-1211-DWB |

**<u>ORDER FOR PARTIAL DEFAULT</u>**

Plaintiff, the United States of America, has moved the Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of partial default judgment (Doc. 19). Plaintiff has shown that there was reasonable cause for seizure of the defendants $43,148.00, more or less, and 2001 Ford F-250, that a Complaint for Forfeiture was filed, and that notice of this action was duly published. Kevin Hinson has filed a claim. No other persons or entities have filed claims.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That any interest any other person or entity has in defendants $43,148.00 in United States Currency, more or less, and 2001 Ford F-250, except for Kevin Hinson, is hereby defaulted and extinguished.

SO ORDERED THIS 2nd day of April, 2007.

        s/    DONALD W. BOSTWICK
DONALD W. BOSTWICK
UNITED STATES MAGISTRATE  JUDGE