IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 06-1211-DWB |
| | ) | |
| DEFENDANT NO. 1: | ) | |
| $43,148.00 IN UNITED STATES | ) | |
| CURRENCY, More or less, | ) | |
| | ) | |
| DEFENDANT NO. 2: | ) | |
| 2001 FORD F-250 PICKUP TRUCK, VIN: | ) | |
| #1FTNW20S11EB80319, WITH ALL | ) | |
| ATTACHMENTS THEREON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KEVIN HINSON, | ) | |
| Claimant | ) | |

**FINAL ORDER OF FORFEITURE**

Plaintiff United States of America has moved the Court to enter an order putting into effect the terms of the Stipulation for Compromise Settlement between the United States of America and claimant Kevin Hinson, by and through his counsel, Roger L. Falk. (Doc. 30.)

The Court has reviewed the motion of the United States and the Court's file, and notes that a Compromise Settlement between the United States and claimant has been reached in this case. *See* Doc. 30-1.

The Court finds that on February 9, 2007 the parties consented to the exercise of jurisdiction of this Magistrate judge. (Doc. 18.)

The Court further finds that on April 2, 2007 an Order For Partial Default forfeiting the

interest of all persons or entities, except claimant, was entered herein. (Doc. 20.)

The Court further finds that on June 22, 2009 an Order of Substitution of Defendant No. 2 was entered, substituting $7,000.00 for the defendant 2001 Ford F-250. (Doc. 29.)

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that $41,148.00, more or less, of the defendant $43,148.00, and the substituted defendant $7,000.00 are hereby forfeited to the United States pursuant to 21 U.S.C. § 881 et seq. No other parties or persons shall have any interest in said defendants, and the United States shall dispose of the defendants according to law.

IT IS FURTHER ORDERED that the United States Marshals' Service shall pursuant to the parties' settlement agreement release $2,000.00 to the claimant through the Roger L. Falk Client Trust Account.

IT IS SO ORDERED.

Dated this 16th day of February, 2011.

s/ DONALD W. BOSTWICK
DONALD W. BOSTWICK
UNITED STATES MAGISTRATE JUDGE